UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BOYSEL FARMS, LLC, *et al.*, | : | Case No. 3:25-cv-114 |
| Plaintiffs, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| RIDLEY USA INC., | : | |
| Defendant. | : | |

# ORDER

Federal jurisdiction in this case is based on diversity of citizenship, 28 U.S.C. § 1332(a). Pursuant to Federal Rule of Civil Procedure 7.1, parties or intervenors in actions in which subject-matter jurisdiction is based on diversity must file a Diversity Disclosure Statement unless the court orders otherwise. The Diversity Disclosure Statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Plaintiffs Boysel Farms, LLC and Boysel Genetics, LLC are limited liability companies. As such, their citizenship for purposes of diversity jurisdiction is determined by the citizenship of their members and sub-members. *Akno 1010 Market St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022) (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *B&N Coal, Inc. v. Blue Race Midstream, LLC*, No. 19-4111, 2020 WL 9474311, at *1 (6th Cir. Dec. 2, 2020)).

On May 1, 2025, Plaintiffs filed their Diversity Disclosure Statements.  (Doc. #s 11, 12). However, in the Statements, Plaintiffs did not name their members or identify the citizenship of their members.  *See* Fed. R. Civ. P. 7.1(a)(2).

Accordingly, Plaintiffs Boysel Farms, LLC and Boysel Genetics, LLC are **ORDERED** to file an amended Diversity Disclosure Statement on or before **May 16, 2025** that complies with Fed. R. Civ. P. 7.1(a)(2) by disclosing the name(s) and citizenship of their member(s).

Plaintiffs are **CAUTIONED** that failure to respond to this Order may result in sanctions (including a possible fine), a stay of the case, or dismissal pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

May 2, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge