## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BOYSEL GENETICS, LLC, et al. | : | |
| | : | Case No.: 3:25-cv-114 |
| Plaintiff, | : | |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | Magistrate Peter B. Silvain, Jr. |
| RIDLEY USA INC., d/b/a HUBBARD FEEDS, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss and Remove Plaintiff Boysel Farms, LLC. (Doc. 40). The parties agree that one of the two Plaintiffs in this action, Boysel Genetics, LLC, is the appropriate Plaintiff to pursue the claims against Defendant. They therefore seek to dismiss, drop, or otherwise remove Plaintiff Boysel Farms, LLC as Plaintiff under Federal Rule of Civil Procedure 21. Rule 21 allows that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21.

Accordingly, the Court finds the Parties' Joint Motion to be WELL TAKEN, and said Motion is GRANTED. The Clerk is DIRECTED to terminate Boysel Farms, LLC from this case.

IT IS SO ORDERED.

Walter H. Rice
UNITED STATES DISTRICT JUDGE