UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BOYSEL FARMS, LLC, *et al.*,

Plaintiffs, Case No. 3:25-cv-114

vs.

RIDLEY USA, INC, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) AMENDING THE CALENDAR ORDER (Doc. No. 18); (2) VACATING THE FINAL PRETRIAL CONFERENCE PREVIOUSLY SET FOR JANUARY 12, 2027; AND (3) VACATING THE TRIAL DATE PREVIOUSLY SET FOR JANUARY 25, 2027**

---

This civil case, previously before United States District Judge Walter H. Rice, is now before the Court[1] following reassignment. *See* Doc. No. 57. It is this Court's policy to refrain from setting a trial date until after a ruling on summary judgment has been issued. Accordingly, the current preliminary pretrial conference Order is **AMENDED** as follows: the Final Pretrial Conference previously set for January 12, 2027, and the jury trial previously set for January 25, 2027 are hereby **VACATED**.

**IT IS SO ORDERED.**

November 3, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] The Court notes that, in light of the reassignment, this Court's Standing Order Governing Civil Cases (eff. Aug. 27, 2025), which can be found on the Court's website at https://www.ohsd.uscourts.gov/FPNewman, now applies to the instant proceedings.